# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAUL ECCLESTON JACKSON, | : | CIVIL NO. 3:15-cv-2459 |
| Petitioner | : | |
| | : | (Judge Munley) |
| v. | : | |
| LORETTA LYNCH, *et al.*, | : | |
| Respondents | : | |

## ORDER

AND NOW, to wit, this 17th day July 2017, upon consideration of the petition for writ of habeas corpus (Doc. 1), and in accordance with the Court's Memorandum of the same date, it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) is GRANTED.

2. Respondents shall RELEASE Petitioner forthwith, subject to reasonable conditions of supervision in accordance with applicable law and regulations

3. Within twenty days of the date of this Order, Respondents shall notify the Court of Petitioner's release and any conditions imposed on such release.

4. The Clerk of Court is directed to CLOSE this case.

BY THE COURT:

s/James M. Munley
**JUDGE JAMES M. MUNLEY**
**United States District Court**